# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | 8:07CR81 |
| ) | |
| vs. ) | ORDER |
| ) | |
| **RAY LOCKNER,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the motion of defendant Ray Lockner (Lockner) to file a restricted motion (Filing No. 15). The court has reviewed the proposed motion and finds the motion is not required to be sealed or restricted from public viewing under the E-Government Act. Accordingly, the motion to restrict (Filing No. 15) is denied. Lockner's motion to continue trial (Filing No. 16) shall be filed unrestricted.

**IT IS SO ORDERED.**

DATED this 1st day of May, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge