# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR81** |
| vs. | ) | |
| | ) | **ORDER** |
| **RAY LOCKNER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on the defendant's motion to continue the trial currently set for June 12, 2007. "A motion to continue a trial of a criminal case shall be granted only for good cause shown." NECrimR 12.1(b). The defendant was previously granted a 30-day extension to obtain an evaluation, and the court finds that the defendant has not shown good cause for another extension of the trial date.

    **IT IS ORDERED** that the Motion to Continue Trial [20] is denied. Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" within ten (10) business days after being served with the order.

    **DATED June 1, 2007.**

                                         **BY THE COURT:**

                                         **s/ F.A. Gossett**
                                         **United States Magistrate Judge**